

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00681-CV

**IN THE INTEREST OF A.J.M.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA02126
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order terminating Appellant Dad's parental rights is AFFIRMED. It is ORDERED that no costs be assessed against Appellant in relation to this appeal because he qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 20.

SIGNED March 28, 2018.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Karen H. Pozza is the presiding judge of the 407th Judicial District Court. The order terminating Appellant Dad's parental rights was signed by the Honorable Charles E. Montemayor, Associate Judge.